## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| *Plaintiff*, | ) UNOPPOSED MOTION TO |
| | ) CONTINUE JURY TRIAL |
| v. | ) |
| | ) Case No.: 24-cr-80-RAW |
| JASON DALE COLE | ) |
| | ) |
| *Defendant*. | ) |

Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Defendant Jason D. Cole, by and through his counsel, Joseph P. Barrett of Barrett Law, P.C. respectfully seeks a continuance of the pretrial motion deadline of December 20, 2024 and jury trial currently scheduled on February 7, 2025.

Neither the Government nor counsel for co-Defendant Crystal Chesser oppose this request to permit all parties additional reasonable time necessary to continue collaborating in both Discovery and the pretrial process in order to make informed decisions regarding potential plea agreements and/or effectively prepare for trial.

WHEREFORE, Defendant Cole prays that this Honorable Court grant this Unopposed Continuance of the pre-trial motion deadline and jury trial to mutually agreeable dates in April 2025 or thereafter.

Respectfully submitted this 16th day of December 2024.

*/s/ Joseph P. Barrett*

_____
**Joseph P. Barrett (Utah Bar 08088)**
BARRETT LAW, P.C.
280 N 200 W – Suite 250
Bountiful, UT 84010
Telephone: (801) 438-6704

Facsimile: (801) 438-6133
E-mail: joseph@utahlawgroup.com
*CJA Counsel for Defendant, Jason Dale Cole*

## CERTIFICATE OF MAILING

    I hereby certify that on December 16, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing

*/s/ Joseph P. Barrett*
_____
Joseph P. Barrett