# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**JASON DALE COLE and<br>CRYSTAL FAYE CHESSER,**<br><br>*Defendants.* | Case No. 24-CR-080-RAW |

## ENTRY OF APPEARANCE

TO: BONNIE N. HACKLER, Clerk

COMES NOW, the plaintiff, United States of America, by Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, through Jarrod Leaman, Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

                                                  CHRISTOPHER J. WILSON
                                                  United States Attorney

s/      Jarrod Leaman
          JARROD LEAMAN, OBA #22623
          Assistant United States Attorney
          520 Denison Avenue
          Muskogee, Oklahoma 74401
          Telephone: (918) 684-5100
          Fax: (918) 684-5150
          Jarrod.Leaman@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 6, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.   Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the Counsel of Record.

          s/  <u>Jarrod Leaman_____</u>
            JARROD LEAMAN
            Assistant United States Attorney