**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-24-080-RAW** |
| | ) | |
| **CRYSTAL FAYE CHESSER,** | ) | |
| *Defendant* | ) | |

**DEFENDANT CHESSER'S MOTION TO JOIN DEFENDANT COLE'S MOTION TO
EXTEND MOTION RESPONSE DEADLINES**

Comes now the Defendant, Crystal Faye Chesser, by and through her attorney, Dan Medlock, and pursuant to Local Criminal Rule 12.1(I), respectfully moves to join Defendant Jason Dale Cole's Unopposed Motion to Extend Motion Response Deadlines (Dkt. No. 88). In support of this Motion, Ms. Chesser states as follows:

1.      In compliance with Local Criminal Rule 12.1(B), Counsel advises the Court that he has conferred with Michael Robinson, Assistant United States Attorney, and is authorized to state that the Government has no objection to this Motion.

2.      Ms. Chesser incorporates by reference all arguments and statements set forth in Mr. Cole's Unopposed Motion to Extend Motion Response Deadlines.

3.      For the same reasons articulated in Mr. Cole's motion, Ms. Chesser would benefit from the extended deadline to fully respond to all Government motions and notices, which are paramount to this case's ultimate disposition.

WHEREFORE, Defendant Crystal Faye Chesser respectfully requests this Court grant co-defendant Jason Dale Cole's Motion to Extend Motion Response Deadlines (Dkt. No. 88) and allow Ms. Chesser to join in said Motion and allow her until May 1, 2025, to respond to the government's motions in this case.

1

Respectfully submitted,

s/ Dan Medlock
Dan Medlock, OBA #20092
Attorney for Defendant Chesser
555 W. Okmulgee
Muskogee, OK 74401
(918) 912-2000 phone
dan@medlocklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael Robinson, Assistant United States Attorney
Rhyder Jolliff, Counsel for Defendant Jason Dale Cole

s/ Dan Medlock
Dan Medlock
Attorney for Defendant Chesser