# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

## ORDER FOR CRIMINAL PRETRIAL CONFERENCE

**IT IS ORDERED:**

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by WEDNESDAY, 5/7/2025, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Rule 404(b); Rule 412, Rule 415**

**Parties are to CONFER and SUBMIT to Chambers by WEDNESDAY, 5/7/2025:**

- **All media[2] for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection and **are directed to provide the Court with a signed Consent form at the PTC,** if applicable. *(Consent Form is available on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE,** *where a specific date for trial will be discussed.*

---

### MONDAY, MAY 12, 2025

---

<u>9:00 AM</u>

CR-21-358-RAW                United States of America v. Silvia Veronica Fuentes

---

[1] **Change of Plea hearing must take place no later than Friday, May 9, 2025.**
[2] **In-camera media will be destroyed upon completion of review by the Court.**

**Page 2**

<u>9:15 AM</u>

CR-23-203-11-RAW	United States of America v. Stephen Duane Embrey

<u>9:30 AM</u>

CR-24-80-01-RAW	United States of America v. Jason Dale Cole
CR-24-80-02-RAW	United States of America v. Crystal Faye Chesser

<u>10:00 AM</u>

CR-24-97-RAW	United States of America v. Jayson Geoffrey Evans

<u>10:15 AM</u>

CR-24-106-RAW	United States of America v. Nezjoneil Nikkolo Marris

<u>10:30 AM</u>

CR-24-154-RAW	United States of America v. Jimmy Dale Kelley

<u>10:45 AM</u>

CR-24-168-RAW	United States of America v. CL Johnson

<u>11:00 AM</u>

CR-24-169-RAW	United States of America v. Shawn Ronald Sather

<u>11:15 AM</u>

CR-24-181-RAW	United States of America v. Sejaryee Lee Bear

<u>11:30 AM</u>

CR-24-214-RAW	United States of America v. David Allen Lee

<u>11:45 AM</u>

CR-25-03-RAW	United States of America v. Sean Paul Duer

**Page 3**

| Time | Case Number | Case |
|---|---|---|
| 1:00 PM | CR-25-07-RAW | United States of America v. Kevin Carter Kieckhefer |
| 1:15 PM | CR-25-09-RAW | United States of America v. Jessica Marie Campbell |
| 1:30 PM | CR-25-10-RAW | United States of America v. Mark Justin Hall |
| 1:45 PM | CR-25-13-RAW | United States of America v. James Benjamin Layne |
| 2:00 PM | CR-24-21-RAW | United States of America v. Samy Zrida |
| 2:15 PM | CR-25-24-RAW | United States of America v. Joshua Devn Page |
| 2:30 PM | CR-25-31-RAW | United States of America v. Shane Edwin Fahrenholz |
| 2:45 PM | CR-25-47-RAW | United States of America v. Robby Dewayne Tiger |
| 3:00 PM | CR-25-54-RAW | United States of America v. Tyler Dee Baker |
| 3:15 PM | CR-25-56-RAW | United States of America v. Kenneth Marvin Bray |
| 3:30 PM | CR-25-64-RAW | United States of America v. Garrick Davaughn McCrary |

**Page 4**

<u>3:45 PM</u>

CR-25-68-RAW　　　　　　　United States of America v. John Thomas Worthy

<u>4:00 PM</u>

CR-25-73-RAW　　　　　　　United States of America v. Jonathan Roy Philpott

<u>4:15 PM</u>

CR-25-77-RAW　　　　　　　United States of America v. Andrew Scott Lucas

DATED this 28th day of April, 2025.

Ronald A. White
United States District Judge
Eastern District of Oklahoma