# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | Case No. CR-24-080-RAW |
| ) | |
| **CRYSTAL FAYE CHESSER,** ) | |
| *Defendant.* ) | |

## DEFENDANT CHESSER'S MOTION TO JOIN DEFENDANT COLE'S OBJECTION TO UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT WITNESS

Comes now the Defendant, Crystal Faye Chesser, by and through her attorney, Dan Medlock, and pursuant to Local Criminal Rule 12.1(I), respectfully moves to join Defendant Jason Dale Cole's Objection to United States' Notice of Intent to Offer Expert Witness (Dkt. No. 110). In support of this Motion, Ms. Chesser states as follows:

1. Ms. Chesser incorporates by reference all arguments and statements set forth in Mr. Cole's Objection to United States' Notice of Intent to Offer Expert Witness.

2. For the same reasons articulated in Mr. Cole's motion, Ms. Chesser would object to Agent Ryan Young's proposed testimony to the extent that his testimony relates to her. In addition to, Ms. Chesser would also object to any testimony by Agent Young that controlled substances were being manufactured, distributed, or used specifically in the residence in question. This type of testimony is not included in the Rule 16 Notice (Dkt. No. 55) and would be outside the scope of expert testimony.

WHEREFORE, Defendant Crystal Faye Chesser respectfully requests this Court grant co-defendant Jason Dale Cole's Objection to United States' Notice of Intent to Offer Expert Witness (Dkt. No. 110) and allow Ms. Chesser to join in said Motion.

Respectfully submitted,

s/ Dan Medlock
Dan Medlock, OBA #20092
Attorney for Defendant Chesser
555 W. Okmulgee
Muskogee, OK 74401
(918) 912-2000 phone
dan@medlocklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael Robinson, Assistant United States Attorney
Rhyder Jolliff, Counsel for Defendant Jason Dale Cole

s/ Dan Medlock
Dan Medlock
Attorney for Defendant Chesser