UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | Case No. | CR-24-80-RAW |
| ) | | |
| JASON DALE COLE and CRYSTAL ) | Date: | 5/6/2025 |
| FAYE CHESSER, ) | | |
| ) | | |
| Defendants. ) | Time: | 1:32 p.m. – 3:15 p.m. |
| | | 3:35 p.m. – 5:11 p.m. |

## MINUTE SHEET - MOTION HEARING

| | | |
|---|---|---|
| Gerald L. Jackson, Judge | K. Davis, Law Clerk | K. McWhorter, Reporter |
| | D. Walker, Law Clerk | FTR Courtroom 4 |
| | P. Bruce, Deputy Clerk | |

Counsel for Plaintiff:            Michael Robinson and Jarred Leaman, AUSA
Counsel for Defendant Cole:       Barbara Woltz and Rhyder Jolliff, AFPD
Counsel for Defendant Chesser:    Dan Medlock, Appointed

Defendants appear in person: [X] with Counsel;   [] Counsel waived;   [] w/o Counsel;

**GOVERNMENT'S WITNESSES:**         **DEFENDANT COLE'S WITNESSES:**
1. Trooper Ethan Mulkey             1. Mark Roach

**GOVERNMENT'S EXHIBITS:**          **DEFENDANT COLE'S EXHIBITS:**
1. Video – admitted w/o obj         1. ATF Report of Investigation No 12 by SA Keck – admitted w/o obj
2. Photos of drugs – admitted w/o obj   2. OHP Report of Investigation by Trooper Mulkey – admitted w/o obj
3. None                             3. OHP Operations Manual: Search & Seizure
4. Photo of Glock – admitted w/o obj    4. OHP Operations Manual: Confiscated Property
5. Photo of magazine- admitted w/o obj  5. OHP Operations Manual: Impounding & Towing – admitted w/o obj
6. Photo of magazine- admitted w/o obj        Vehicles - admitted w/o obj
7. Photo of Criminal History- admitted w/o obj
8. Email chain

      6. ND/OK Civil Complaint: 24-CV-457-SH - admitted over obj
      7. ND/OK Civil Amended Complaint: 24-CV-144-CDL- admitted over obj
      8. Tulsa County District Court Petition CJ-24-2669- admitted over obj
      9. ND/OK Civil Amended Complaint: 24-CV-256-JFJ- admitted over obj
      10. Okmulgee Co. District Court Affidavit for Search
         Warrant – Case No. SW 2023-18-1 - admitted w/o obj

**DEFENDANT COLE'S EXHIBITS CON'T:**

11. Creek County District Court Search Warrant Case No.:
    SW 2023-11-18-PR - admitted w/o obj
12. Okmulgee County Detention Center Booking Info:
    Jason Dale Cole - admitted w/o obj
13. ATF Report of Investigation No. 13 by SA Keck - admitted w/o obj
14. Photo – Bates #14056
15. OK Offender Search: Dustin Seacrest - admitted w/o obj

**DEFENDANT CHESSER'S EXHIBITS:**

Defendant Chesser joins in Defendant Cole's Exhibits

**MINUTES:** Comes on for hearing on Defendant Crystal Fae Chesser's SEALED Motion (Dkt. 94) and Defendant Jason Dale Cole's Motion to Suppress (Dkt. 103). Government (Michael Robinson) calls Government's Witness #1. Government's Exhibits 1, 2, 4, 5, 6, and 7 admitted without objection. Government moves to admit Defendants' Exhibits 5, 10, and 11; no objection. Admitted (GLJ).

Defendant Cole's (Barbara Woltz) cross-examination of Government Witness #1. Defendants' Exhibits 1, 2, 5, 10, 11, 12, 13, 15 admitted without objection. Defendants' Exhibits 6, 7, 8, and 9 admitted over objection. Defendant Chesser's (Dan Murdock) cross-examination of Government Witness #1. Government's (Michael Robinson) redirect of Government's Witness #1. Government rests. Defendant Cole (Rhyder Jolliff) calls Defendant Witness #1. Government rests on Brief. Defendant Cole (Barbara Woltz) moves Court to provide Supplemental Briefing. Court orders **Supplemental Briefing by Defendants due within 14 days or by May 20, 2025. Response Briefs due 7 days thereafter or by May 27, 2025.** Nothing further from the parties. Court takes the motions under advisement and will enter Report and Recommendation subsequent to the Supplemental Briefing.

COURT ADJOURNED.