**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,    )<br>                                                            )<br>        Plaintiff,                               )<br>                                                            )<br>v.                                                       )          **Case No. 24-CR-080-RAW**<br>                                                            )<br>**JASON DALE COLE**,                   )<br>                                                            )<br>        Defendant.                          ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as additional Federal Public Defender counsel in this case for Jason Dale Cole, Defendant.

    Respectfully submitted,

    OFFICE OF THE FEDERAL PUBLIC DEFENDER
    Scott A. Graham, Federal Public Defender

    By:    s/ Brian J. Deer
            Brian J. Deer, OBA #34390
            Assistant Federal Public Defender
            112 N. 7th Street
            Muskogee, OK 744014
            Telephone: (918) 687-2430
            E-mail: brian_deer@fd.org

## CERTIFICATE OF SERVICE

      I certify that on May 19, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmitting a Notice of Electronic Filing to the following ECF registrant(s):

Mr. Michael Robinson
520 Dennison Ave.
Muskogee, OK 74401
918-684-5100
Michael.robinson3@usdoj.gov

Mr. Jarrod Leaman
520 Dennison Ave.
Muskogee, OK 74401
918-684-5100
Jarrod.leaman@usdoj.gov

                                            <u>s/ Brian J. Deer</u>
                                            Brian J. Deer