### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

### ORDER FOR CRIMINAL PRETRIAL CONFERENCE

**IT IS ORDERED:**

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by FRIDAY, 6/6/2025, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Rule 404(b); Rule 412, Rule 415**

**Parties are to CONFER and SUBMIT to Chambers by FRIDAY, 6/6/2025:**

- **All media[2] for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits.**

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection and **are directed to provide the Court with a signed Consent form at the PTC,** if applicable. *(Consent Form is available on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE, *where a specific date for trial will be discussed.***

---

### THURSDAY, JUNE 12, 2025

---

9:00 AM

CR-23-119-RAW                    United States of America v. Bryon Keith Spencer

---

[1] **Change of Plea hearing must take place no later than Monday, June 9, 2025.**
[2] **In-camera media will be destroyed upon completion of review by the Court.**

**Page 2**

---

9:15 AM

CR-23-203-11-RAW          United States of America v. Stephen Duane Embrey

---

9:30 AM

CR-24-80-01-RAW          United States of America v. Jason Dale Cole
CR-24-80-02-RAW          United States of America v. Crystal Faye Chesser

---

10:00 AM

CR-24-183-RAW          United States of America v. Vet Sentrel Colbert

---

10:15 AM

CR-24-191-RAW          United States of America v. Kendall James Hopper

---

10:30 AM

CR-24-192-RAW          United States of America v. Victor Travail Lee

---

10:45 AM

CR-24-198-01-RAW          United States of America v. John Lamar Clayton
CR-24-198-02-RAW          United States of America v. Brian Lee Steele
CR-24-198-03-RAW          United States of America v. Brandon Leal Castro

---

11:15 AM

CR-25-13-RAW          United States of America v. James Benjamin Layne

---

11:30 AM

CR-25-19-RAW          United States of America v. Daqurius Razjoune Johnson

---

11:45 AM

CR-24-214-RAW          United States of America v. Joshua Devn Page

---

1:00 PM

CR-25-40-RAW          United States of America v. Ned Elmer Johnson

---

**Page 3**

---

1:15 PM

CR-25-45-RAW                    United States of America v. Hyden Bishop Russell

---

1:30 PM

CR-25-67-RAW                    United States of America v. Demontrae Davion Rogers

---

1:45 PM

CR-25-74-RAW                    United States of America v. Cody Lee Pritchett

---

2:00 PM

CR-25-84-RAW                    United States of America v. Manuel De Jesus Lira Aguilar

---

2:15 PM

CR-24-85-RAW                    United States of America v. Carlos Mendoza-Padilla

---

2:30 PM

CR-25-87-RAW                    United States of America v. Dock Lee Shoemaker

---

2:45 PM

CR-25-89-RAW                    United States of America v. Brandon Lee Smith

---

3:00 PM

CR-25-90-RAW                    United States of America v. Jorden James Thierry

---

3:15 PM

CR-25-95-RAW                    United States of America v. Drew Alexander Ragsdale

---

3:30 PM

CR-25-96-RAW                    United States of America v. Justin Janae Stancle

---

3:45 PM

CR-25-97-RAW                    Dunited States of America v. Cody Michael DeGraw

---

**Page 4**

4:00 PM

CR-25-99-RAW                United States of America v. Alisha Dawn Johnson

4:15 PM

CR-25-100-RAW               United States of America v. Derek Michael James

DATED this 30th day of May, 2025.

Ronald A. White
United States District Judge
Eastern District of Oklahoma