IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. JASON DALE COLE & CRYSTAL FAYE CHESSER, *Defendant*. | Case No. 24 CR 24-080 RAW |

## UNITED STATES' PROPOSED VERDICT FORM

    Plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Michael E. Robinson, submits the attached Proposed Verdict Form for the Court's consideration.

        Respectfully submitted,

        CHRISTOPHER J. WILSON
        United States Attorney

s/    Michael E. Robinson
        Michael E. Robinson, MA BA #693574
        Assistant United States Attorney
        Attorney for the Plaintiff
        520 Denison Avenue
        Muskogee, OK 74401

## CERTIFICATE OF SERVICE

    I certify that on June 5, 2025, I electronically transmitted the foregoing to the Clerk of the Court and to the following:

Rhyder Jolliff
Barbara Woltz
Brian Deer
James Sicking,    Counsel for Defendant Cole
Dan Medlock    Counsel for Defendant Chesser

        s/    Michael E. Robinson
        MICHAEL E. ROBINSON
        Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | Case No.  24 CR 24-080 RAW |
| **JASON DALE COLE &** **CRYSTAL FAYE CHESSER,** | |
| *Defendant*. | |

## VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

### COUNT ONE

With respect to the charge in Count One of the Indictment for Possession with Intent to Distribute Methamphetamine, we find Defendant Jason Cole:

**NOT GUILTY**           **GUILTY**

_____           _____

If you found Defendant Jason Cole guilty of Count One, please answer the special interrogatory below.  If you found Defendant Jason Cole not guilty of Count One, do not answer the special interrogatory below.

Having found Defendant Jason Cole guilty of Count One, we further find that Defendant Jason Cole possessed with the intent to distribute the following quantity of a mixture and substance containing a detectable amount of methamphetamine:

At least 50 grams or more     _____

Less than 50 grams     _____

## **COUNT TWO**

With respect to the charge in Count Two of the Indictment for Possession of a Machine Gun, we find Defendant Jason Cole:

**NOT GUILTY**          **GUILTY**

_____          _____

## **COUNT THREE**

With respect to the charge in Count Three of the Indictment for Felon in Possession of a Firearm, we find Defendant Jason Cole:

**NOT GUILTY**          **GUILTY**

_____          _____

## **COUNT FOUR**

With respect to the charge in Count Four of the Indictment for Use and Carry of a Firearm During and in Relation to a Drug Trafficking Crime, we find Defendant Jason Cole:

**NOT GUILTY**          **GUILTY**

_____          _____

## **COUNT FIVE**

With respect to the charge in Count Five of the Indictment for Possession with Intent to Distribute Methamphetamine, we find Defendant Jason Cole:

**NOT GUILTY**          **GUILTY**

_____          _____

If you found Defendant Jason Cole guilty of Count Five, please answer the special interrogatory below. If you found Defendant Jason Cole not guilty of Count Five, do not answer the special interrogatory below.

Having found Defendant Jason Cole guilty of Count Five, we further find that Defendant Jason Cole possessed with the intent to distribute the following quantity of a mixture and substance containing a detectable amount of methamphetamine:

At least 500 grams or more                              _____

At least 50 grams or more but less than 500 grams       _____

Less than 50 grams                                      _____

## COUNT SIX

With respect to the charge in Count Six of the Indictment for Possession with Intent to Distribute Marijuana, we find Defendant Jason Cole:

**NOT GUILTY**          **GUILTY**

_____         _____

## COUNT SEVEN

With respect to the charge in Count Seven of the Indictment for Felon in Possession of a Firearm, we find Defendant Jason Cole:

**NOT GUILTY**          **GUILTY**

_____         _____

## COUNT EIGHT

With respect to the charge in Count One of the Indictment for Possession of Unregistered Firearm, we find Defendant Jason Cole:

**NOT GUILTY**          **GUILTY**

_____         _____

## **COUNT NINE**

With respect to the charge in Count Nine of the Indictment for Use and Carry of a Firearm During and in Relation to a Drug Trafficking Crime, we find Defendant Jason Cole:

**NOT GUILTY**      **GUILTY**

_____      _____

## **COUNT TEN**

With respect to the charge in Count Ten of the Indictment for Maintaining Drug Involved Premises, we find Defendant Jason Cole:

**NOT GUILTY**      **GUILTY**

_____      _____

With respect to the charge in Count Ten of the Indictment for Maintaining Drug Involved Premises, we find Defendant Crystal Chesser:

**NOT GUILTY**      **GUILTY**

_____      _____

DATED, this \_\_\_ day of July, 2025.

_____
Foreperson Signature

_____
Foreperson Printed Name