IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* | ) ) ) |
| v. | ) Case No. CR-24-080-RAW ) |
| **CRYSTAL FAYE CHESSER,** *Defendant.* | ) ) ) |

**DEFENDANT CHESSER'S MOTION TO SUPPRESS EVIDENCE
AND BRIEF IN SUPPORT**

COMES NOW Crystal Faye Chesser, ("Defendant"), by and through her attorney of record, Dan Medlock, and objects to the Report and Recommendation prepared by the Honorable Gerald Jackson, filed on June 5, 2025. (Doc. 133). Specifically, Defendant objects to the Magistrate's recommendation that Defendant's Motion to Suppress be denied. Following a hearing at which Magistrate Judge Jackson heard argument on the motion, a Report and Recommendation ("R&R") was filed in which the Magistrate recommended denying Defendant's motion. Defendant respectfully requests that this Court reject the Magistrate Judge's recommendation to deny Defendant's Motion to Suppress Evidence and Brief in Support (Doc. 94).

A defendant has fourteen (14) days, from the date served, to file written objections to the magistrate judge's findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district court shall then make a de novo determination of the report or findings to which the objection is made. The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.

Defendant incorporates by reference all arguments previously set forth in her Motion to Suppress and Brief in Support (Doc. 94) and her Supplemental Brief in Support of Motion to Suppress Evidence (Doc. 128), and respectfully requests de novo review by this Court.

For the foregoing reasons and those set forth in Defendant's Motion to Suppress Evidence and Brief in Support (Doc. 94) and Supplemental Brief in Support of Motion to Suppress Evidence (Doc. 128), Defendant respectfully requests that this Court reject the Magistrate Judge's Report and Recommendation and GRANT Defendant's Motion to Suppress Evidence in its entirety.

Respectfully submitted,

s/ Dan Medlock
Dan Medlock, OBA #20092
Attorney for Defendant Chesser
555 W. Okmulgee
Muskogee, OK 74401
(918) 912-2000 phone
dan@medlocklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: Michael Robinson, Assistant United States Attorney; and Rhyder Jolliff, Attorney for Jason Cole.

s/ Dan Medlock
Dan Medlock
Attorney for Defendant Chesser