IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>JASON DALE COLE, and<br>CRYSTAL FAYE CHESSER<br><br>　　　　　*Defendant*. | Case No. 24-CR-080-RAW |

## ENTRY OF APPEARANCE

TO: BONNIE N. HACKLER, Clerk

　　　COMES NOW, the plaintiff, United States of America, by Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, through Olivia P. Staubus, Special Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

　　　　　　　　　　　　　　　　　　　　CHRISTOPHER J. WILSON
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　s/　　*Olivia P. Staubus*
　　　　　　　　　　　　　　　　OLIVIA P. STAUBUS, OBA #36267
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorney for the Plaintiff
　　　　　　　　　　　　　　　　520 Denison Avenue
　　　　　　　　　　　　　　　　Muskogee, OK 74401
　　　　　　　　　　　　　　　　Telephone: (918) 684-5100
　　　　　　　　　　　　　　　　Olivia.Staubus@usdoj.gov