# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

## ORDER FOR CRIMINAL PRETRIAL CONFERENCE

IT IS ORDERED:

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by TUESDAY, 7/8/2025, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Rule 404(b); Rule 412, Rule 415**

**Parties are to CONFER and SUBMIT to Chambers by TUESDAY, 7/8/2025:**

- **All media[2] for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection and **are directed to provide the Court with a signed Consent form at the PTC,** if applicable. *(Consent Form is available on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE,** *where a specific date for trial will be discussed.*

## MONDAY, JULY 14, 2025

9:00 AM

CR-21-290-RAW            United States of America v. Jeffrey Brent Thomas

---

[1] **Change of Plea hearing must take place no later than Thursday, July 10, 2025.**
[2] **In-camera media will be destroyed upon completion of review by the Court.**

Page 2

| Time | Case Number | Case |
|---|---|---|
| 9:15 AM | CR-24-66-RAW | United States of America v. Robert Vernon Hardage, Jr. |
| 9:30 AM | CR-24-80-01-RAW | United States of America v. Jason Dale Cole |
|  | CR-24-80-02-RAW | United States of America v. Crystal Faye Chesser |
| 10:00 AM | CR-24-148-RAW | United States of America v. Sammy Lynn Key |
| 10:15 AM | CR-24-169-RAW | United States of America v. Shawn Ronald Sather |
| 10:30 AM | CR-24-183-RAW | United States of America v. Vet Sentrel Colbert |
| 10:45 AM | CR-24-192-RAW | United States of America v. Victor Travail Lee |
| 11:00 AM | CR-24-203-RAW | United States of America v. Kyle Wayne Hudgins |
| 11:15 AM | CR-25-007-RAW | United States of America v. Kevin Carter Kieckhefer |
| 11:30 AM | CR-25-31-RAW | United States of America v. Shane Edwin Fahrenholz |
| 11:45 AM | CR-25-39-01-RAW | United States of America v. Kody James Lile |
|  | CR-25-39-02-RAW | United States of America v. Dylan Thomas Emmick |

**Page 3**

| | |
|---|---|
| **1:00 PM** | |
| CR-25-56-RAW | United States of America v. Kenneth Marvin Bray |
| **1:15 PM** | |
| CR-25-68-RAW | United States of America v. John Thomas Worthy |
| **1:30 PM** | |
| CR-25-73-RAW | United States of America v. Jonathon Roy Philpott |
| **1:45 PM** | |
| CR-25-74-RAW | United States of America v. Cody Lee Pritchett |
| **2:00 PM** | |
| CR-25-100-RAW | United States of America v. Derek Michael James |
| **2:15 PM** | |
| CR-25-106-RAW | United States of America v. Todd Philip Wilkerson |
| **2:30 PM** | |
| CR-25-110-RAW | United States of America v. Zachary Aaron Holderness |
| **2:45 PM** | |
| CR-25-111-RAW | United States of America v. Christopher Thomas Moore |
| **3:00PM** | |
| CR-25-112-RAW | United States of America v. Jason Duane Henrichs |
| **3:15 PM** | |
| CR-25-114-RAW | United States of America v. Darin Treyvon Miles |

DATED this 23rd day of June, 2025.

Ronald A. White
United States District Judge
Eastern District of Oklahoma