FILED

JUL 11 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR-24-80-RAW |
| ) | |
| CRYSTAL FAYE CHESSER, ) | |
| Defendant. ) | |

## NOTICE OF CONSENT TO PROCEED VIA VIDEO TELECONFERENCE

The Defendant hereby advises the Court he/she is aware of his/her right to appear in person at all hearings before this Honorable Court. The Defendant hereby advises the Court that he/she consents to proceed with this Arraignment via video teleconference.

7-10-25
Date

_____
Defendant