UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-24-80-RAW |
| Plaintiff, | ) | |
| v. | ) | Date: 07/11/2025 |
| | ) | |
| CRYSTAL FAYE CHESSER, | ) | Time: 10:19 a.m. – 10:24 am. |
| Defendant. | ) | |

**MINUTE SHEET – VIDEO CONFERENCE ARRAIGNMENT**

Gerald L. Jackson, U.S. Magistrate Judge    P. Bruce, Deputy Clerk    FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:    Olivia Staubus, AUSA

Counsel for Defendant:    Dan Medlock, Appointed

☒ Defendant gives consent to proceed by video conference

☐ Fin. Afd / Deft orally requested counsel    Objections ☐ yes   ☐ no   ☐ Court appointed counsel
Defendant appears via video: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Superseding Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant waives formal reading of Superseding Indictment
☒ Defendant entered not guilty plea as to Count 10s of the Superseding Indictment

☒ **Jury Trial previously set August 5, 2025, at 9:00 a.m., before District Judge Ronald A. White**
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond
☒ EXPERT WITNESS NOTICES to be filed within fourteen (14) days after arraignment. Any DAUBERT MOTIONS to be filed within 14 days of the filing of the Expert Witness Notices.
☐ Joint Status Report and Notices due within 7 days

**Discovery**:
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A) requiring the Government to provide discovery to defendant contemporaneously with the Arraignment.
   ☐ Government states discovery will be available via USAFX at the conclusion of the Arraignment
   ☒ Government has complied      ☐ Government has not complied
   Parties ☐ do ☒ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Defendant allowed to post bond in the amount of $10,000.00 (unsecured) with conditions of release
☐ Government filed a Motion for Detention
☐ Defendant orally requested detention hearing
☐ Detention hearing set
☐ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: PB