IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JASON DALE COLE and<br>CRYSTAL FAYE CHESSER,<br><br>*Defendants.* | Case No.: CR-24-080-RAW |

## MOTION TO WITHDRAW AS COUNSEL FOR UNITED STATES

COMES NOW, the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and moves to allow Assistant United States Attorney Michael E. Robinson, to withdraw as counsel in the above-referenced case. Assistant United States Attorney Jarrod Leaman and Special Assistant United States Attorney Olivia Staubus has entered an appearance in this matter and will represent the United States in any further proceedings before this honorable court.

    Respectfully submitted,

    CHRISTOPHER J. WILSON
    United States Attorney

s/    Michael E. Robinson
    MICHAEL E. ROBINSON,
    MA BA # 693574
    Assistant United States Attorney
    520 Denison Ave.
    Muskogee, Oklahoma 74401
    Telephone: (918) 684-5144
    Michael.robinson3@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Michael Noland, Counsel for Defendant Cole
    Dan Medlock, Counsel for Defendant Chesser

                                                  s/       Michael E. Robinson
                                                              MICHAEL E. ROBINSON
                                                              Assistant United States Attorney