IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     *Plaintiff,*    ) | |
|     ) | |
| v.    ) | Case No. CR-24-080-RAW |
|     ) | |
| CRYSTAL FAYE CHESSER,    ) | |
|     *Defendant.*    ) | |

**DEFENDANT CHESSER'S RESPONSE TO DEFENDANT COLE'S
MOTION TO CONTINUE JURY TRIAL**

Comes now the Defendant Crystal Faye Chesser, through undersigned counsel, respectfully objects to co-defendant Jason Dale Cole's Motion to Continue Jury Trial (Doc. 182). In support thereof, Ms. Chesser states:

Defendant Chesser acknowledges the procedural history set forth in Mr. Cole's motion, including the ten-count indictment filed May 15, 2024, and the subsequent multiple continuances. However, Defendant Chesser respectfully submits that the interests of justice no longer support further delay. This is a unique case wherein the interests of justice perhaps warrant a further delay for Mr. Cole's recently appointed attorney to be adequately prepared. However, the interests of justice no longer warrant the same delay for Ms. Chesser's case. Defendant Chesser does not seek to prejudice Mr. Cole's right to adequate preparation. However, after multiple continuances, and with Ms. Chesser remaining in custody, the interests of justice weigh heavily in favor of proceeding as scheduled.

WHEREFORE, Defendant Crystal Faye Chesser respectfully requests that this Court deny Mr. Cole's Motion to Continue, proceed to trial as scheduled on August 5, 2025.

Respectfully submitted,

s/ Dan Medlock
Dan Medlock, OBA #20092
Attorney for Defendant Chesser
555 W. Okmulgee
Muskogee, OK 74401
(918) 912-2000 phone
dan@medlocklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: Jarrod Leaman and Olivia Staubus, Assistant United States Attorneys; and Michael Noland, Attorney for Jason Cole.

s/ Dan Medlock
Dan Medlock
Attorney for Defendant Chesser