IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**CRYSTAL FAYE CHESSER,**<br><br>*Defendant*. | Case No. CR-24-080-RAW |

### GOVERNMENT'S RESPONSE TO DEFENDANT CHESSER'S OPPOSED MOTION TO RECONSIDER DETENTION ORDER

COMES NOW the Plaintiff, the United States of America, by and through United States Attorney Christopher J. Wilson, and Special Assistant United States Attorney Olivia Staubus, and respectfully submits this response to Defendant Chesser's Opposed Motion to Reconsider Detention Order ("Motion"). Dkt. 188.

### INTRODUCTION

On May 15, 2024, Defendant Chesser was charged by indictment with one count of Maintaining Drug Involved Premises pursuant to 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2. Dkt. 2. On May 20, 2024, Defendant Chesser was arraigned. The Government did not seek detention of Defendant Chesser, and she was released on an unsecured bond, subject to conditions. Dkts. 25, 26. On or about February 26, 2025, Defendant Chesser was taken into custody for violating the conditions of her release, and she remains in custody. Dkts 81, 87.

The jury trial that was originally set for July 2, 2024, was continued without objection from the parties to September 3, 2024, November 5, 2024, December 3, 2024, February 4, 2025, April 1, 2025, June 3, 2025, and July 1, 2025. The jury trial was continued from July 1, 2025, to August 5, 2025, with objection from the Government and Defendant Chesser. Counsel for Defendant Cole

withdrew on or about July 11, 2025, and Michael Noland was appointed as new counsel for Defendant Cole. Subsequently, the jury trial was continued from August 5, 2025, to September 2, 2025, with objection from Defendant Chesser.

On July 22, 2025, Defendant Chesser filed the Motion, seeking reconsideration of her detention, and a hearing on the Motion is set for July 30, 2025. Dkts. 188, 189.

## ARGUMENT

In her Motion, Defendant Chesser requests reassessment of her detention. Defendant Chesser's request is based upon her opposition of the last two jury trial continuances, from July 1, 2025, to August 5, 2025, and from August 5, 2025, to September 2, 2025.

Defendant Chesser's detention was based upon her violation of the Order Setting Conditions of Release entered on May 20, 2024, specifically, the condition requiring Defendant Chesser "not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner." Dkt. 26. On January 16, 2025, and January 22, 2025, Defendant Chesser provided urine samples that resulted in a presumptive positive for methamphetamine and when confronted about the results, Defendant Chesser admitted to using methamphetamine on multiple occasions. Dkt. 81. Defendant Chesser has not provided new evidence indicating that she would be successful in following the Court's previous conditions, or enhanced conditions, to refrain from drug use.

## CONCLUSION

For the foregoing reasons, the Court should deny the Motion.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    *Olivia Staubus*
OLIVIA STAUBUS, OBA # 36267
Special Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, OK 74401
Phone (918) 709-7785

## CERTIFICATE OF SERVICE

I certify that on July 25, 2025, I electronically transmitted the foregoing to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dan Medlock, Attorney for Defendant Chesser

Olivia Staubus
OLIVIA STAUBUS
Special Assistant United States Attorney