IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

### ORDER FOR CRIMINAL PRETRIAL CONFERENCE

IT IS ORDERED:

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by MONDAY, 8/11/2025, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Rule 404(b); Rule 412, Rule 415**

**Parties are to CONFER and SUBMIT to Chambers by MONDAY, 8/11/2025:**

- **All media[2] for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection and **are directed to provide the Court with a signed Consent form at the PTC,** if applicable. *(Consent Form is available on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE, *where a specific date for trial will be discussed.***

### THURSDAY, AUGUST 21, 2025

<u>9:00 AM</u>

| | |
|---|---|
| CR-24-80-01-RAW | United States of America v. Jason Dale Cole |
| CR-24-80-02-RAW | United States of America v. Crystal Faye Chesser |

---

[1] **Change of Plea hearing must take place no later than Monday, August 18, 2025.**
[2] **In-camera media will be destroyed upon completion of review by the Court.**

**Page 2**

9:30 AM

CR-24-181-RAW   United States of America v. Michael Wayne Lambert

9:45 AM

CR-24-148-RAW   United States of America v. Sammy Lynn Key

10:00 AM

CR-24-168-RAW   United States of America v. CL Johnson

10:15 AM

CR-24-181-RAW   United States of America v. Sejaryee Lee Bear

10:30 AM

CR-24-201-RAW   United States of America v. Lloyd William McDaniel

10:45 AM

CR-25-04-RAW   United States of America v. Fredis Amilca Guiza Hernandez

11:00 AM

CR-25-21-RAW   United States of America v. Samy Zrida

11:15 AM

CR-25-31-RAW   United States of America v. Shane Edwin Fahrenholz

11:30 AM

CR-25-40-RAW   United States of America v. Ned Elmer Johnson

11:45 AM

CR-25-72-RAW   United States of America v. Carly Joan Thompson

1:00 PM

CR-25-77-RAW   United States of America v. Andrew Scott Lucas

**Page 3**

1:15 PM

CR-25-95-RAW  United States of America v. Drew Alexander Ragsdale

1:30 PM

CR-25-99-RAW  United States of America v. Alisha Dawn Johnson

1:45 PM

CR-25-111-RAW  United States of America v. Christopher Thomas Moore

2:00 PM

CR-25-113-RAW  United States of America v. Ramone Antuane Newman

2:15 PM

CR-25-116-RAW  United States of America v. Kelly Justin Van Lewis

2:30 PM

CR-25-118-RAW  United States of America v. Joey Lynn Duvall

2:45 PM

CR-25-119-RAW  United States of America v. Kender Jose Alvarez-Hernandez

3:00 PM

CR-25-124-RAW  United States of America v. Mariano Gabriel-Gabriel

3:15 PM

CR-25-129-RAW  United States of America v. Allan Wayne Hilton

3:30 PM

CR-25-132-RAW  United States of America v. Caleb Chainey Hensley

3:45 PM

CR-25-135-RAW  Dunited States of America v. Frank William Catron

**Page 4**
4:00 PM

| | |
|---|---|
| CR-25-137-01-RAW | United States of America v. Tyson Gene Williams |
| CR-25-137-02-RAW | United States of America v. Tyson Gene Goins |

DATED this 29th day of July, 2025.

/s/ Ronald A. White
Ronald A. White
United States District Judge
Eastern District of Oklahoma