UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-24-80-RAW |
| ) | |
| CRYSTAL FAYE CHESSER, ) | Date:     7/30/2025 |
| ) | |
| Defendant. ) | Time:     1:29 p.m. – 1:44 p.m. |

## MINUTE SHEET - MOTION HEARING

Gerald L. Jackson, Judge          P. Bruce, Deputy Clerk          N/A, Reporter
                                                                   FTR Courtroom 4

Counsel for Plaintiff:   Olivia Staubus, AUSA
Counsel for Defendant:   Dan Medlock, Appointed

Defendant appears in person:  [X] with Counsel;   [] Counsel waived;   [] w/o Counsel;

**MINUTES:** Comes on for hearing on Defendant Crystal Faye Chesser's Opposed Motion to Reconsider Detention Order. [Dkt. 188]. Defendant proceeds by proffer. Defendant rests. No response by Government. Parties present argument.  Nothing further from the parties. Court makes oral ruling from the bench. Minute Order to follow.

## FINDINGS:

☐   Defendant released on $_____ unsecured bond with conditions of release.

☒   Defendant remanded to custody of USMS


COURT ADJOURNED