# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No.: | CR-24-80-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 08/21/2025 |
| | ) | | |
| JASON DALE COLE & CRYSTAL FAYE CHESSER | ) | Time: | 9:33 a.m. – 9:51 a.m. |
| Defendants. | ) | | |

## MINUTE SHEET - CRIMINAL PRETRIAL CONFERENCE

Ronald A. White, Judge    T. Stephens, Deputy Clerk    J. Guerra, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:              Jarred Leaman and Olivia Staubus, Asst. U.S. Attorneys
Counsel with Defendant Cole:        Michael Noland, Appointed
Counsel with Defendant Chesser:     Dan Medlock, Appointed

**Minutes:**

Comes on for Criminal Pretrial Conference. Court inquired if case was ready for trial and if there were any discovery issues. Counsel responded they are ready for trial and that there are no discovery issues. Court inquired regarding Stipulations and pre-admission of exhibits. Government advised that there is one Stipulation by defendant Cole as to status as convicted felon. Defense counsel agreed and advised there may be a few more, but he needs to discuss with defendant. Defense counsel for Chesser responded. Counsel all agreed that there is no agreement on exhibits. Court addressed media. Counsel responded. Parties consented to Magistrate Judge conducting jury selection and Court accepted. Court advised it would allow 10 minutes each for opening statements. Counsel agreed that they anticipate 4 days for trial. Counsel agreed there are no outstanding issues regarding expert witnesses and that the 404b issues have been addressed. Discussion regarding bench conferences, guns and narcotics at trial, Government's case agent Keck, possible defense witness Roach, and trial date. Court advised that this case is set for Jury Selection on 9/22/2025 at 9:00 a.m. with the Jury Trial to begin on 9/29/2025 at 9:00 a.m. Court directed defense Counsel to deliver appropriate clothing attire for Defendant at least 1 day before trial. Counsel for defendant Chesser inquired regarding peremptories. Court advised that would be decided by Judge Jackson.

Nothing further.

Court adjourned.