UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

FILED
AUG 21 2025
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JASON DALE COLE &<br>CRYSTAL FAYE CHESSER<br>*Defendants* | )<br>)<br>)<br>) Case No. CR-24-80-RAW<br>)<br>)<br>)<br>) |

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE FOR JURY SELECTION

In accordance with the provisions of 28 U.S.C. Section 636(b)(3) and (c), the parties to the above-captioned criminal matter hereby waive their right to proceed before an Article III Judge of the United States District Court for the purpose of jury selection and consent to a United States Magistrate Judge presiding over jury selection in this case.

_____
Plaintiff Attorney(s)

_____
Defendant

_____
Defendant Attorney(s)

_____
Defendant

_____
Defendant Attorney(s)

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above captioned matter is referred to U.S. Magistrate Judge for jury selection in accordance with 28 U.S.C. Section 636 (b)(3) and (c) and the foregoing consent of the parties.

Dated: August 21, 2025

_____
U. S. DISTRICT JUDGE