IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. CR-24-080-RAW |
| ) | |
| CRYSTAL FAYE CHESSER, ) | |
| *Defendant* ) | |

**SUPPLEMENTAL TO DEFENDANT CHESSER'S
PROPOSED JURY INSTRUCTIONS**

    Comes now the Defendant, Crystal Faye Chesser, by and through her attorney, Dan Medlock, and respectfully submits this supplemental to Defendant Chesser's Proposed Jury Instructions. In addition to the 10th Circuit Pattern Criminal Jury Instructions requested in Doc. No. 138, Defendant Chesser would further request pattern jury instruction 2.06 Aid and Abet. Count ten of the Superseding Indictment charges Ms. Chesser with Maintaining Drug Involved Premises pursuant to 21 U.S.C. § 856(a)(1) & 18 U.S.C. § 2. Section 2(a) of Title 18 of the United States Code provides that "[w]hoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal." Thus, a jury instruction for Aid and Abet is appropriate.

    Respectfully submitted,

    s/ Dan Medlock
    Dan Medlock, OBA #20092
    Attorney for Defendant Chesser
    555 W. Okmulgee
    Muskogee, OK 74401
    (918) 912-2000 phone
    dan@medlocklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: Jarrod Leaman and Olivia Staubus, Assistant United States Attorneys; and Michael Noland, Attorney for Jason Cole.

                                                                   s/ Dan Medlock
                                                                   Dan Medlock
                                                                   Attorney for Defendant Chesser