UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Case No.: | CR-24-80-RAW |
| | ) | | |
| JASON DALE COLE and CRYSTAL FAYE CHESSER, | ) ) | Date: | 9/22/2025 |
| | ) | | |
| Defendants, | ) | Time: | 9:23 a.m. – 9:26 a.m. |
| | | | 9:35 a.m. – 11:36 a.m. |

## MINUTE SHEET - VOIR DIRE/JURY SELECTION

Gerald L. Jackson, Judge        D. Walker, Law Clerk        Reporter – S. Ottwell
                                P. Bruce, Deputy Clerk      FTR Courtroom 2

**Counsel for Plaintiff:**            Jarrod Leaman and Olivia Staubus
**Counsel for Defendant Cole:**       Michael Noland, present with Defendant
**Counsel for Defendant Chesser:**    Dan Medlock, present with Defendant

**MINUTES:**   Counsel and parties present. Jurors present in the courtroom. Introductions and preliminary instructions by Court. 49 jurors sworn. Voir dire by Court and counsel. Parties pass jurors for cause. Challenges by counsel. 12 jurors and 2 alternate jurors chosen to try the case. Jurors instructed to return for commencement of the jury trial before Judge Ronald A. White on September 29, 2024, at 9:00 a.m. in Courtroom 2.  Nothing further by either party. Court adjourned. (GLJ)