# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.:   CR-24-80-RAW |
| Plaintiff, | ) | |
| v. | ) | Date:      09/29/2025 |
| | ) | |
| JASON DALE COLE & CRYSTAL FAYE CHESSER | ) | Time:      5 hours 36 minutes |
| Defendants. | ) | |

## MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge    T. Stephens, Deputy Clerk    K. McWhorter, Court Reporter
Courtroom 2 - Room 224

**Counsel for Plaintiff:**
Jarred Leaman and Olivia Staubus, Asst. U.S. Attorneys with
ATF Agents Lucas Keck and Tyler Clayborn
**Counsel with Defendant Cole:**
Michael Noland, Appointed
**Counsel with Defendant Chesser:**
Dan Medlock, Appointed

| **TIME** | **MINUTES** |
|---|---|
| 8:55 a.m. | JURY OUT. Discussion regarding dash cam exhibits. |
| 9:07 a.m. | RECESS |
| 9:11 a.m. | RECONVENE. JURY IN. Preliminary instructions given to jury by Court. |
| 9:26 a.m. | Opening Statements by Government and Defendant Chesser, Defendant Cole waived. Rule of Sequestration invoked. (RAW) |
| 9:32 a.m. | Government's evidence begins.<br>1)  Witness:  Ethan Mulkey |
| 10:31 a.m. | JURY OUT. Discussion regarding dash cam exhibit two. |
| 10:33 a.m. | RECESS |
| 10:51 a.m. | RECONVENE. JURY IN. Government's evidence continues.<br>1)  Witness:  Ethan Mulkey |
| 11:53 a.m. | JURY OUT. RECESS |
| 1:12 p.m. | RECONVENE. JURY IN. Government's evidence continues.<br>2)  Witness:  Patrick Hale |

1:25 p.m.    3)  Witness:   Lucas Keck

2:44 p.m.    JURY OUT. RECESS

3:08 p.m.    RECONVENE. JURY IN. Government's evidence continues.
             3)  Witness:   Lucas Keck

4:09 p.m.    4)  Witness:   Chris Boydstun

4:14 p.m.    5)  Witness:   Daryl Charlton

4:33 p.m.    Court excused jury and directed them to return on 9/30/2025 with trial to begin at
             9:00 am.

             JURY OUT. Discussion regarding case.

4:36 p.m.    RECESS. Jury Trial to continue 9/30/2025 at 9:00 a.m.