# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-24-80-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 09/30/2025 |
| | ) | | |
| JASON DALE COLE & CRYSTAL FAYE CHESSER | ) | Time: | 3 hours and 15 minutes |
| Defendants. | ) | | |

### MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge    T. Stephens, Deputy Clerk    K. McWhorter, Court Reporter
Courtroom 2 - Room 224

**Counsel for Plaintiff:**
Jarred Leaman and Olivia Staubus, Asst. U.S. Attorneys with ATF Agent Lucas Keck
**Counsel with Defendant Cole:**
Michael Noland, Appointed
**Counsel with Defendant Chesser:**
Dan Medlock, Appointed

| **TIME** | **MINUTES** |
|---|---|
| 8:54 a.m. | RECONVENE. JURY OUT. Court advised Counsel regarding juror issue. Counsel responded. Juror number seven excused and replaced with alternate juror one. |
| 8:58 a.m. | JURY IN. Government's evidence continues.<br>5)  Witness:  Daryl Charlton |
| 9:11 a.m. | 6)  Witness:  Eric Booker |
| 9:19 a.m. | 7)  Witness:  Jeff Bodell |
| 9:58 a.m. | 8)  Witness:  James Scott Robertson |
| 10:12 a.m. | 9)  Witness:  Tonya Day |
| 10:18 a.m. | JURY OUT. Court addressed forfeiture and Defendants waived. |
| 10:20 a.m. | RECESS |
| 10:44 a.m. | RECONVENE. JURY IN. Government's evidence continues.<br>10)  Witness:  Lucas Keck |

| | |
|---|---|
| 11:07 a.m. | JURY OUT. Discussion regarding case. Defendant Cole made proffer regarding witnesses listed on his witness list. Government responded. Court took this matter under advisement. |
| 11:18 a.m. | RECESS |
| 12:33 p.m. | RECONVENE. JURY IN. Government's evidence continues.<br>11) Witness:   Ryan Young. |
| 12:59 p.m. | Trial Stipulation read to jury. Government rested. |
| 1:02 p.m. | JURY OUT. Defendants' Rule 29 Motions. Government responded. Defendants' Rule 29 Motions DENIED (RAW). Court advised regarding the witnesses listed on Defendant Coles' Witness List. Court advised Defendants of their rights to testify. Defendants confirmed that they understood their rights and decisions not to testify. Government advised regarding a change in a possible rebuttal witness and made proffer. Bench conference. |
| 1:29 a.m. | RECESS. |
| 1:59 p.m. | RECONVENE. JURY OUT. Discussion regarding Defendant Cole's witnesses and trial schedule. |
| 2:02 p.m. | JURY IN. Defendant Cole rested. Defendant Chesser rested. |
| 2:05 p.m. | Court excused jury and directed them to return on 10/1/2025 at 8:45 a.m. with trial to begin at 9:00 a.m.<br><br>JURY OUT. Defendants renewed their Rule 29 Motions. Motions DENIED. (RAW) Court directed Counsel to meet with the law clerk regarding jury instructions and the clerk to confirm admitted trial exhibits. |
| 2:11 p.m. | RECESS |
| 3:16 p.m. | RECONVENE. JURY OUT. Court addressed jury instructions and verdict form. Government did not object to the jury instructions or verdict form. Defendant Cole advised he would allow Defendant Chesser to make the objection as to maintaining a dwelling and had no other objection to the jury instructions or verdict form. Defendant Chesser had no objection to the verdict form and made oral objection to the jury instructions. Government responded. Objection granted (RAW). Court advised they will be allowed 35 minutes for closing. Court inquired and Counsel confirmed the admitted exhibits were confirmed. Discussion on how the physical exhibits would be handled should the jury wish to see them. Defendant Cole inquired regarding the use of physical exhibits during closing and will notify the Clerk of his request for the Court's consideration. Nothing further. |
| 3:25 p.m. | RECESS. Jury Trial to continue 10/01/2025 at 9:00 a.m. |