# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No.: | CR-24-80-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 10/01/2025 |
| | ) | | |
| JASON DALE COLE & CRYSTAL FAYE CHESSER | ) | Time: | 2 hours and 31 minutes |
| Defendants. | ) | | |

**MINUTE SHEET – JURY TRIAL**

Ronald A. White, Judge     T. Stephens, Deputy Clerk     K. McWhorter, Court Reporter
Courtroom 2 - Room 224

**Counsel for Plaintiff:**
Jarred Leaman and Olivia Staubus, Asst. U.S. Attorneys with ATF Agent Lucas Keck

**Counsel with Defendant Cole:**
Michael Noland, Appointed

**Counsel with Defendant Chesser:**
Dan Medlock, Appointed

| TIME | MINUTES |
|---|---|
| 8:56 a.m. | RECONVENE. JURY IN. Court read instructions to jury. |
| 9:42 a.m. | First closing argument by Government and closing argument by Defendant Cole. |
| 10:32 a.m. | JURY OUT. RECESS |
| 10:51 a.m. | Closing argument by Defendant Chesser and final closing argument by Government. Court read final instructions to the jury. |
| 11:30 a.m. | JURY OUT to deliberate in charge of sworn bailiff. Court made record regarding Defendant Chesser's late request to the jury instructions. No objection by Counsel. Nothing further. |
| 11:31 a.m. | RECESS (FOR JURY DELIBERATIONS). Court ordered lunch for the jury. |
| 1:30 p.m. | RECONVENE. JURY OUT. Court advised it received a note from the jury stating that a verdict had been reached. (Court Exhibit 1). |
| 1:33 p.m. | JURY IN. Court inquired of jury and jury foreperson confirmed a verdict had been reached. Court read verdict into record. |

**SPECIAL VERDICT FORM finding Defendant Cole:**

**GUILTY on Count 1s (at least 50 grams or more)**
**GUILTY on Counts 2s and 3s**
**GUILTY on Count 4s and Yes**
**GUILTY on Count 5s (at least 500 grams or more)**
**GUILTY on Counts 6s, 7s and 8s**
**GUILTY on Count 9s and Yes**
**GUILTY on Count 10s**

**SPECIAL VERDICT FORM finding Defendant Chesser:**

**NOT GUILTY on Count 10s**

**JURY POLLED**

1:43 p.m.   JURY DISCHARGED. Court directed Counsel to withdraw their respective exhibits the same to be kept and maintained for possible appeal purposes. Court advised Defendant Cole of the verdict and advised that it would be referring the case to the United States Probation Office for a pre-sentence investigation to be conducted prior to sentencing. Defendant remanded to the custody of the United States Marshal Service. Court advised Defendant Chesser of the verdict and remanded defendant to the custody of the US Marshal for processing for release.

Nothing further.

1:45 p.m.   **COURT ADJOURNED**