# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
                    Plaintiff,

                                    Case Number: 24-CR-80-RAW

vs.

JASON DALE COLE,
                    Defendant.

## DEFENDANT'S
## WITNESS LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** Michael W. Noland

**PARTY REPRESENTED:** JASON DALE COLE

| N | Name of Witness | Date/Time of Testimony |
|---|---|---|
| 1 | MARK ROACH (20 mins) | |
| 2 | MICHAEL RECTOR (20 mins) | |
| 3 | DUSTIN SECREST (20 mins) | |
| 4 | JASON DALE COLE (20 mins) | |