IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
        Plaintiff, )
) 
vs. )   Case No. 24-CR-80-RAW
)
JASON DALE COLE, )
        Defendant. )

## DEFENDANT JASON DALE COLES EXHIBIT LIST

| EXHBIT # | EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Oklahoma Highway Patrol Dash Cam Video with Audio (17.30 mins) | | O/obj 9/29/25 |
| 2 | Dash Cam Cont. with Audio BS# 1008 | | NO obj 9/29/25 |
| 3 | Picture of Jason Cole in Patrol Car (BS#00016506) | | |
| 4 | Booking Photo of Jason Cole | | |