IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| PLAINTIFF,      ) | |
| VS.      ) | CASE NO. CR-24-80-RAW |
| JASON DALE COLE and      )<br>CRYSTAL FAYE CHESSER      ) | |
| DEFENDANT.      ) | |

## **JURY NOTES - REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:  USA v. JASON DALE COLE & CRYSTAL FAYE CHESSER          CR-24-80-RAW

### Note from the Jury

YOUR HONOR:

We have reached a verdict

Date: 10-1-25
Time: 1:15 pm                                    Signature of Foreperson

### Response from the Court

TO THE JURY:

Date: _____
Time: _____                     United States District Judge



EXHIBIT
Court
Ex. 1