# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

OCT 0 1 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. CR-24-080-RAW |
| CRYSTAL FAYE CHESSER, | |
| Defendant. | |

## SPECIAL VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

With respect to the charge in **Count Ten** of the Superseding Indictment for Maintaining a Drug Involved Premises, we find the Defendant, Crystal Faye Chesser:

**NOT GUILTY**        **GUILTY**

**(Check only one.)**    ✓    _____        _____

DATED this 1st day of October, 2025.

_____
**Foreperson Signature**

_____
**Foreperson Printed Name**