# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRYSTAL FAYE CHESSER,<br><br>    Defendant. | Case No. CR-24-080-RAW |

## ORDER AND JUDGMENT OF ACQUITTAL

Following a jury trial, the Defendant was found NOT GUILTY as to the only crime charged against her in the Superseding Indictment – Count Ten.  Accordingly, IT IS ORDERED that the Defendant is acquitted as to Count Ten of the Superseding Indictment and it is hereby dismissed with prejudice.

   **IT IS SO ORDERED** this 2nd day of October, 2025.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**