IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>CRYSTAL FAYE CHESSER,<br><br>*Defendant.* | Case No. CR-24-080-RAW |

## NOTICE OF DISMISSAL

**COMES NOW**, the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney, Jarrod Leaman, and dismisses the Indictment filed on May 15, 2024, as to **CRYSTAL FAYE CHESSER**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. On October 1, 2025, the defendant was found not guilty in the Superseding Indictment (Doc. No. 163), and further prosecution is deemed unwarranted.

                                        CHRISTOPHER J. WILSON
                                        United States Attorney

s/    *Jarrod Leaman*
       JARROD LEAMAN, OBA #22623
       Assistant United States Attorney

LEAVE GRANTED FOR FILING this 2nd day of October, 2025:

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE