**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| **v.** | **Case No. 24-CR-080-JFH** |
| **JASON DALE COLE,** | |
| *Defendant.* | |

## ENTRY OF APPEARANCE

TO: BONNIE HACKLER, Clerk

COMES NOW, the plaintiff, United States of America, by Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, through Clay A. Compton, Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

CHRISTOPHER J. WILSON
United States Attorney

s/   Clay A. Compton
CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
clay.compton@usdoj.gov

## CERTIFICATE OF SERVICE

I, hereby certify that on the 16th day of June 2026, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

s/   Clay A. Compton
CLAY A. COMPTON
Assistant United States Attorney