**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>***Plaintiff,***<br>**v.**<br>**JASON DALE COLE,**<br>***Defendant.*** | **Case No. CR-24-080-RAW** |

**UNOPPOSED MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by undersigned counsel, respectfully submits its Unopposed Motion for a Preliminary Order of Forfeiture in the above-entitled case for the reasons set forth in this Unopposed Motion.

**Statement of the Case**

1. On July 8, 2025, a Federal Grand Jury sitting in the Eastern District of Oklahoma returned a ten count Superseding Indictment containing a forfeiture allegation against Defendant Jason Dale Cole (Cole). Cole was charged in Count One with Possession with Intent to Distribute Methamphetamine (Vehicle) in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); in Count Two with Possession of a Machine Gun (Vehicle) in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2); in Count Three with Felon in Possession of a Firearm (Vehicle) in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8); in Count Four with Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Vehicle) in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii); in Count Five with Possession with Intent to Distribute Methamphetamine (Residential Property) in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); in Count Six with Possession with Intent to Distribute Marijuana (Residential Property) in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(D); in Count Seven with Felon in Possession of a Firearm (Residential Property) in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8); in Count Eight with Possession of Unregistered Firearm (Residential Property) in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871; in Count Nine with Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Residential Property) in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii); and in Count Ten with Maintaining Drug Involved Premises in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

2. The forfeiture allegation of the Superseding Indictment provided Cole with notice that upon conviction he would forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, as well as any and all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- one (1) Glock, Model 23Gen4, .40-caliber, machine gun pistol, bearing serial number BKRZ205;
- one (1) Kel-Tec, Model PMR-30, semi-automatic pistol, bearing serial number W4980;
- one (1) Nordic Components, Model NC-10, multi-caliber, semi-automatic rifle, serial number N00388, with an attached firearm silencer;
- one (1) Remington, Model 11-48, 12-gauge, semi-automatic shotgun, serial number 5519671;
- one (1) Ithaca, Model 37, 16-gauge, pump action shotgun, serial number 430459;

- one (1) Marlin, Model 1894, .44 Magnum caliber, lever action rifle, serial number 18112911;
- one (1) Ruger, New Model Super Blackhawk, .44 Magnum caliber, revolver, serial number 82-12217;
- one (1) Tanfoglio, Model EASA, .22-caliber, revolver, serial number E28849;
- one (1) Firearms Import and Export Co., Model E15, .22-caliber, revolver, serial number 37629;
- one (1) Remington, Model 1100, 12-gauge, semi-automatic shotgun, serial number L006516V;
- one (1) firearm silencer described as a cylindrical device, approximately 12.3 inches in length and 1.7 inches in diameter, containing interior baffles, internally threaded, and not identified by a serial number;
- one (1) firearm silencer described as a cylindrical device, approximately 9 inches in length and 1.6 inches in diameter, containing six (6) interior baffles, wrapped in electrical tape, and not identified by a serial number;
- one (1) firearm silencer described as a cylindrical device, approximately 9 inches in length and 1.6 inches in diameter, containing eight (8) interior baffles, and not identified by a serial number;
- one (1) firearm silencer described as a cylindrical device, approximately 10 inches in length and 2 inches in diameter, internally threaded, and not identified by a serial number;
- one (1) firearm silencer described as a cylindrical device, approximately 9.5 inches in length and 1.7 inches in diameter, containing a monolithic baffle, internally threaded, and not identified by a serial number; and
- approximately $10,000.00 in United States Currency.

3. On October 1, 2025, Cole was found guilty at a jury trial of Counts One through Ten of the Superseding Indictment. Based upon the finding of guilt of the defendant, the United States has established the requisite nexus between the property and the offenses to which the defendant was found guilty of by a jury verdict.

4. However, the below listed firearms and ammunition have been administratively forfeited by the seizing agency and will not be criminally forfeited by the United States:

- one (1) Glock, Model 23Gen4, .40-caliber, machine gun pistol, bearing serial number BKRZ205;
- one (1) Kel-Tec, Model PMR-30, semi-automatic pistol, bearing serial number W4980;
- one (1) Nordic Components, Model NC-10, multi-caliber, semi-automatic rifle, serial number N00388, with an attached firearm silencer;
- one (1) Remington, Model 11-48, 12-gauge, semi-automatic shotgun, serial number 5519671;
- one (1) Marlin, Model 1894, .44 Magnum caliber, lever action rifle, serial number 18112911;
- one (1) Ruger, New Model Super Blackhawk, .44 Magnum caliber, revolver, serial number 82-12217;
- one (1) Remington, Model 1100, 12-gauge, semi-automatic shotgun, serial number L006516V;
- one (1) firearm silencer described as a cylindrical device, approximately 12.3 inches in length and 1.7 inches in diameter, containing interior baffles, internally threaded, and not identified by a serial number;
- one (1) firearm silencer described as a cylindrical device, approximately 9 inches in length and 1.6 inches in diameter, containing six (6) interior baffles, wrapped in electrical tape, and not identified by a serial number;
- one (1) firearm silencer described as a cylindrical device, approximately 9 inches in length and 1.6 inches in diameter, containing eight (8) interior baffles, and not identified by a serial number;
- one (1) firearm silencer described as a cylindrical device, approximately 10 inches in length and 2 inches in diameter, internally threaded, and not identified by a serial number; and
- one (1) firearm silencer described as a cylindrical device, approximately 9.5 inches in length and 1.7 inches in diameter, containing a monolithic baffle, internally threaded, and not identified by a serial number.

5. In addition, the United States of America gives notice that the State of Oklahoma has completed forfeiture proceedings in favor of the Oklahoma Department of Public Safety regarding $12,342.00 in United States Currency which includes the $10,000.00 specifically listed in the Forfeiture Allegation of the Superseding Indictment filed July 8, 2025.

6. Thus, the only property remaining that is still subject to forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c) includes, but is not limited to:

- one (1) Ithaca, Model 37, 16-gauge, pump action shotgun, serial number 430459;
- one (1) Tanfoglio, Model EASA, .22-caliber, revolver, serial number E28849; and
- one (1) Firearms Import and Export Co., Model E15, .22-caliber, revolver, serial number 37629.

7. The Government has provided counsel for the defendant with a copy of this Unopposed Motion for Preliminary Order of Forfeiture and the proposed Preliminary Order of Forfeiture. Defendant's counsel has advised that the defendant has no objections to the entry of a Preliminary Order of Forfeiture forfeiting the assets listed in this Unopposed Motion.

8. Upon the issuance of a Preliminary Order of Forfeiture, and pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States will publish notice of the forfeiture and of the intent of the United States to dispose of the property in such manner as the Attorney General may direct. The notice will state that any person, other than the Defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on Clay A. Compton, Assistant United States Attorney, within thirty (30) days of the final date of publication of notice or within thirty (30) days of receipt of actual notice, whichever is earlier. This notice will state that the petition shall: (a) be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (b) be signed by the petitioner under penalty of perjury; (c) set forth the nature and extent of the petitioner's right, title, or interest in the property; and (d) set forth any additional facts supporting the petitioner's claim and the relief sought. The United States will also send notice to

any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

9. Pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, if no third-party files a timely petition to the property, the preliminary order becomes the Final Order of Forfeiture, and the United States shall have clear title to the subject property for disposition according to law.

**Conclusion**

WHEREFORE, by virtue of the guilty verdict against Defendant Jason Dale Cole, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture of the firearms described in paragraph six (6) above.

Respectfully Submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ Clay A. Compton
CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney
520 Denison Avenue
Muskogee OK 74401
918-684-5167
918-684-5150 FAX
clay.compton@usdoj.gov

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 10th day of September 2026, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

s/ Clay A. Compton
CLAY A. COMPTON
Assistant United States Attorney